FILED by KS D.C.

Dec 1, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-20584-CR-MARTINEZ/BECERRA**

CASE NO._____

18 U.S.C. § 1344
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)

**UNITED STATES OF AMERICA**

vs.

**JEANNOT PIERRE, JR.,**

       **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Discover Financial Services ("Discover") was a financial institution that does business in the State of Florida and whose accounts were insured by the Federal Deposit Insurance Corporation ("FDIC").

2. Defendant **JEANNOT PIERRE, JR.** was a resident of Broward County.

### Counts 1–3
### Bank Fraud
### (18 U.S.C. § 1344)

1. Paragraphs 1 through 2 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. On or about the date and times specified in each count below, in Miami-Dade County and Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JEANNOT PIERRE, JR.,**

did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to defraud one or more financial institutions, which scheme and artifice employed a material falsehood, and did knowingly, and with the intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to obtain any of the moneys and funds owned by, and under the custody and control of, one or more financial institutions, including Discover, by means of false and fraudulent pretenses, representations, and promises relating to a material fact, in violation of Title 18, United States Code, Sections 1344(1) and (2).

### PURPOSE OF THE SCHEME AND ARTIFICE

3. It was the purpose of the scheme and artifice for **JEANNOT PIERRE, JR.**, to unlawfully enrich himself, and others, by depositing into Discover bank accounts controlled by **PIERRE** false and fraudulent checks with a stolen account number and routing number from victim R.H. **PIERRE** thereafter caused the funds to be withdrawn for his personal use and benefit.

### MANNER AND MEANS OF THE SCHEME AND ARTFICE

The manner and means by which **JEANNOT PIERRE, JR.** sought to accomplish the purpose of the scheme and artifice included, among others, the following:

4. **JEANNOT PIERRE, JR.** unlawfully obtained the bank account number and routing number of victim R.H.

5. **JEANNOT PIERRE, JR.** deposited false and fraudulent checks into his two Discover bank accounts that he controlled, and then spent the funds from these accounts, including for the purchase of money orders.

2

6. **JEANNOT PIERRE, JR.** used the funds he obtained from the false and fraudulent checks for his own personal benefit and for the benefit of others.

## EXECUTION OF THE SCHEME AND ARTIFICE

On or about the dates specified below, in Broward County and Miami-Dade County, in the Southern District of Florida, and elsewhere, **JEANNOT PIERRE, JR.** did execute, and attempt to execute, and cause the execution of, the above described scheme and artifice to defraud, as more particularly described below:

| Count | Approximate Date | Execution |
|---|---|---|
| 1 | February 13, 2020 | Deposited a false and fraudulent check, number 988, in the amount of $7,800, from an account in the name of "R.H." into the Discover bank account ending in -8436 controlled by **JEANNOT PIERRE, JR.** in the Southern District of Florida. |
| 2 | February 20, 2020 | Deposited a false and fraudulent check, number 987, in the amount of $8,967, from an account in the name of "R.H." into the Discover bank account ending in -8436 controlled by **JEANNOT PIERRE, JR.** in the Southern District of Florida. |
| 3 | February 20, 2020 | Deposited a false and fraudulent check, number 990, in the amount of $7,458, from an account in the name of "R.H." into the Discover bank account ending in -8198 controlled by **JEANNOT PIERRE, JR.** in the Southern District of Florida. |

In violation of Title 18, Untied States Code, Sections 1344(1) and (2), and 2.

<u>**Counts 4–6**</u>
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about the dates specified in each count below, in Miami-Dade County and Broward County, in the Southern District of Florida and elsewhere, the defendant,

**JEANNOT PIERRE, JR.,**

during and in relation to a felony violation of Title 18, United States Code, Section 1344, that is, knowingly, and with intent to defraud, executing, and attempting to execute, and causing the execution of, a scheme and artifice to defraud one or more financial institutions, which scheme and artifice employed a material falsehood, and knowingly, and with intent to defraud, executing, and attempting to execute, and causing the execution of, a scheme and artifice to obtain any of the moneys and funds owned by, and under the custody and control of, one or more financial institutions, including Discover, by means of materially false and fraudulent pretenses, representations, and promises relating to a material fact, as charged in Counts 1–3 of this Indictment, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, the account number and signature of "R.H.," as set forth in each count below:

| Count | Approximate Date | Means of Identification |
|---|---|---|
| 4 | February 13, 2020 | Account Number ending in 6687, issued to "R.H." and signature of "R.H." for check number 988. |
| 5 | February 20, 2020 | Account Number ending in 6687, issued to "R.H." and signature of "R.H." for check number 987. |
| 6 | February 20, 2020 | Account Number ending in 6687, issued to "R.H." and signature of "R.H." for check number 990. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

4

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which each of the defendant, **JEANNOT PIERRE, JR.**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1344, as alleged in this Indictment, the defendant, **JEANNOT PIERRE, JR.**, shall forfeit to the United States of America any personal property constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, as the result of such violation.

All pursuant to Title 18, United States Code, Sections 982(a)(1) and (a)(2); and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

TIERREL M. MATHIS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JEANNOT PIERRE, JR.,

_____Defendant_____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)           Yes ___   No ___
Number of new defendants   ___
Total number of counts     ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   No
   List language and/or dialect   N/A

4. This case will take __2-3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days      ✓
   - II   6 to 10 days
   - III  11 to 20 days
   - IV   21 to 60 days
   - V    61 days and over

   (Check only one)
   - Petty
   - Minor
   - Misdem.
   - Felony   ✓

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No ✓

_____
TIERREL M. MATHIS
ASSISTANT UNITED STATES ATTORNEY
COURT ID #: A5502635/ FL BAR #: 111642

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**     JEANNOT PIERRE, JR.

**Case No:** _____

Counts #: 1–3

Bank Fraud

Title 18, United States Code, Section 1344

**\*Max. Penalty:**    30 years' imprisonment

Counts #: 4–6

Aggravated Identity Theft

Title 18, United States Code, Sections 1028A(a)(1) & 2

**\*Max. Penalty:** Mandatory minimum 2 years' imprisonment (consecutive to any other sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**